IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

MICHAEL ANTHONY SANDERS )
and CAROLYN FARRAR OAKLEY )
SANDERS, )
            )
     Plaintiffs, )
            )
    v. )  1:05CV00907
            )
ROBERT CULP, CEO; )
KENNETH LUDWIG, Vice President; )
MICHAEL HOFFMAN, Head of Payroll; )
BETH COLEMAN, Lead Payroll Analyst;)
TERESA HUFFMAN, Manager of )
Compensation Benefits; OFFICE FOR )
CULP INCORPORATED, )
            )
     Defendants. )

## J U D G M E N T

On March 10, 2006, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. No objections were filed within the time limits prescribed by Section 636.

Therefore, the Court need not make a <u>de novo</u> review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED AND ADJUDGED** that defendants' motion to dismiss the action of plaintiffs Michael Anthony Sanders and Carolyn Farrar Oakley Sanders (docket no. 13) is granted pursuant to both Fed. R. Civ. P. 16(f) and Fed. R. Civ. P. 41(b) and that this action be, and the same hereby is, dismissed with prejudice, and that costs be taxed against plaintiffs.

                     _/s/ James A. Beaty_
                     United States District Judge

May 11, 2006